JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Cristian Eduardo Gomez Marquez., ) <br> ) <br>     Plaintiff, ) <br> ) <br>   v. ) <br> ) <br> Okuma America Corporation et al, ) <br>     Defendant(s). ) <br> ) <br> _____ ) | CV 20-11120-JVS (Ex) <br><br> ORDER OF DISMISSAL UPON SETTLEMENT OF CASE |

    The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

    IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 30 days</u>, to reopen the action if settlement is not consummated.

DATED: September 20, 2022

                                         James V. Selna
                                United States District Judge